## DAVIS–WOOD LUMBER CO., Inc., v. COLONIAL FIRE UNDERWRITERS OF HARTFORD, CONN., et al.
### No. 1316.

Court of Appeal of Louisiana. First Circuit.
May 8, 1934.

Lemle, Moreno & Lemle, of New Orleans, for appellant.

Harvey E. Ellis, of Covington, for appellee.

MOUTON, Judge.

For the reasons stated in the case of Davis-Wood Lumber Co. v. Insurance Company of North America, 154 So. 760, the judgment appealed from herein, with damages, legal interest, and attorney's fees be and is hereby avoided, annulled, and reversed; and that the demand of plaintiff company be and is hereby rejected, at its cost in both courts.

ELLIOTT, J., dissenting. See Davis-Wood Lumber Company, Inc., v. Insurance Company of North America, 154 So. 760, this day decided.

## DAVIS–WOOD LUMBER COMPANY, Inc., v. SECURITY INSURANCE CO. OF NEW HAVEN, CONN., et al.
### No. 1317.

Court of Appeal of Louisiana. First Circuit.
May 8, 1934.

Lemle, Moreno & Lemle, of New Orleans, for appellant.

Harvey E. Ellis and Frank B. Ellis, both of Covington, for appellee.

MOUTON, Judge.

In this case, for the reasons stated in the case of Davis-Wood Lumber Co. v. Insurance Company of North America, 154 So. 760, the judgment appealed from herein, with damages, legal interest, and attorney's fees allowed, is avoided, annulled, and reversed; and that the demand of the plaintiff be and is hereby rejected, at its cost in both courts.

ELLIOTT, J., dissenting. See Davis-Wood Lumber Co. v. Insurance Company of North America, 154 So. 760, this day decided.